**Order filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00454-CV
_____

**JUMANA M. BARABARAWI, Appellant**

**V.**

**MAHAER ABU RAYYAN, Appellee**

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2009-74023**

## O R D E R

Appellant's brief was originally due October 4, 2012. Appellant requested and was granted an extension of time to file the brief until **November 2, 2012.** No brief or further motion for extension of time has been filed.

Unless appellant files her brief with the clerk of this court on or before **December 18, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM